No. 90–5210.  FISCHER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90–5212.  REXACH v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 90–5263.  LITTRIELLO ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–5294.  GRAY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5301.  RAYBURN v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 90–5308.  KIMBERLIN v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90–5353.  SPIVEY v. HARRIS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 90–5380.  EDWARDS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5412.  RHODES v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–5498.  GRAVATT v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–5542.  SHELDON v. NEW MEXICO.  Ct. App. N. M. Certiorari denied.

No. 90–5695.  WATKINS v. DEPARTMENT OF THE TREASURY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–5698.  SINDRAM v. LUSTINE CHEVROLET, INC., ET AL. Ct. Sp. App. Md.  Certiorari denied.

No. 90–5727.  JONES v. MENDENHALL ET AL.  C. A. 8th Cir. Certiorari denied.

No. 90–5736.  SIVAK v. IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 90–5739.  WOODS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.